Walter Zimmerman, appellee, v. Jake Goldstein and A. Becker, appellants. Gen. No. 29,297.

Action on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.

Edward E. Contarsy, for appellants.  Samuel L. Cohen, for appellee.

Mr. Justice Thomson delivered the opinion of the court.